FILED 22 MAY '18 11:34 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:18-cr-246-BR |
| v. | INFORMATION |
| BRENDA ROBERTS, | 21 U.S.C. § 331(c) |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1
### (Receipt in Interstate Commerce of Misbranded Drugs and Adulterated Devices and Delivery Thereof)
### (21 U.S.C. § 331(c))

Beginning in or about March 2008 and continuing through in or about January 2017, in the District of Oregon, the defendant, **BRENDA ROBERTS,** received and caused the receipt of misbranded drugs (foreign sourced Botox®) and adulterated devices (foreign sourced Juvaderm®) in interstate commerce, and delivered and proffered for delivery the misbranded

///

///

///

///

**Information**             **Page 1**
Revised April 2018

drugs and adulterated devices for pay or otherwise, all in violation of Title 21, United States Code, Section 331(c).

Dated: May 22, 2018

Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

DONNA BRECKER MADDUX, OSB #023757
Assistant United States Attorney